1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

15  UNITED STATES OF AMERICA,            )   CASE NO.: CR 16-0362 BLF
                                         )
16         Plaintiff,                    )   **[PROPOSED] PRELIMINARY ORDER OF**
                                         )   **FORFEITURE**
17     v.                                )
                                         )
18  KELVIN LEE,                          )
                                         )
19         Defendant.                    )
    _____ )
20

21      Having considered the application for a preliminary order of forfeiture filed by the United States,

22  and the plea agreement entered on January 17, 2017, wherein the defendant KELVIN LEE agreed to

23  forfeiture, and good cause appearing,

24      IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant

25  to Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure:

26      • $19,965.00 in U.S. Currency seized on or about June 29, 2016;

27      IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize

28  the forfeited property forthwith and publish for at least thirty days on the government website

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 16-0362 BLF                                    1

1  www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in
2  such manner as the Attorney General may direct, and notice that any person, other than the defendant,
3  having or claiming a legal interest in the property must file a petition with the Court and serve a copy on
4  government counsel within thirty (30) days of the final publication of notice or of receipt of actual
5  notice, whichever is earlier;

6       IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify,
7  locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal
8  Rules of Criminal Procedure;

9       IT IS FURTHER ORDERED that, this Court will retain jurisdiction to enforce the Preliminary
10 Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure
11 32.2(e); and

12      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal
13 Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
14 sentencing and shall be made part of the sentence and included in the judgment.

15      IT IS SO ORDERED this _____ day of _____ 2017.

*[signature]*
BETH LABSON FREEMAN
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 16-0362 BLF                                              2